## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS; BRICKLAYERS and ALLIED CRAFTWORKERS LOCAL 6, ILLINOIS, and INTERNATIONAL UNION OF BRICKLAYERS and ALLIED CRAFTWORKERS, | ) ) ) ) ) ) ) ) ) ) | Case No. 05-50155 <br><br> Magistrate Judge P. Michael Mahoney |
| Plaintiffs, <br> v. <br><br> GLENN PORZELIUS d/b/a GLENN PORZELIUS MASONRY, INC <br><br> Defendant. | ) ) ) ) ) ) ) | |

## MOTION FOR ENTRY OF JUDGMENT

**NOW COMES** the Plaintiffs, THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS and BRICKLAYERS and ALLIED CRAFTWORKERS LOCAL 6, ILLINOIS and THE INTERNATIONAL UNION OF BRICKLAYERS and ALLIED CRAFTWORKERS, by and through their attorneys, MARC M. PEKAY, P.C. and hereby move for an Entry of Judgment against the Defendant, GLENN PORZELIUS d/b/a GLENN PORZELIUS MASONRY, Inc. (hereinafter referred to as "Porzelius" or "Defendant"). In support of this Motion, Plaintiffs state as follows:

1. On October 11, 2006, this Court entered a Default Order against the Defendant, Glenn Porzelius d/b/a Glenn Porzelius Masonry, Inc. and directed the Defendant to submit to an audit (attached hereto as Exhibit A).

2. Pursuant to the Order, an audit was performed and the Company submitted challenges and has acknowledged that money is due and owing. Attached hereto as Exhibit B is a letter from the Company acknowledging the obligation and the amount of money due of $6,245.52.

3. Pursuant to ERISA, an employer who owes contributions to the Fund is obligated to pay not only those contributions but also all responsible attorney fees incurred by the Fund in attempting to collect this money. Attached hereto, as Exhibit C, is an Affidavit of the undersigned setting forth that legal fees, to date, are $7,449.17.

**WHEREFORE**, Plaintiffs respectfully requests that this Court enter a judgment against Glenn Porzelius d/b/a Glenn Porzelius, Inc. in the amount of Thirteen Thousand Six Hundred Ninety Four dollars and sixty-nine cents ($13,694.69).

Respectfully submitted,

The Construction Industry Welfare &
Retirement Fund of Rockford, IL et al.,

By: s/Marc M. Pekay
Marc M. Pekay, Attorneys for Plaintiffs

MARC M. PEKAY P.C.
30 North La Salle Street - Suite 2426
Chicago, IL 60602
312-606-0980